UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARPINE MISAKYAN,<br><br>              Petitioner,<br><br>     v.<br><br>JAMES JANECKA, in his Official<br>Capacity as Warden, Adelanto ICE<br>Processing Center, et al.,<br><br>              Respondents. | Case No. 5:26-cv-02668-PD<br><br>**ORDER DISMISSING<br>WITHOUT PREJUDICE<br>PETITION FOR WRIT OF<br>HABEAS CORPUS**<br><br>**A# 216-923-544** |

On May 18, 2026, Arpine Misakyan ("Petitioner") filed a counseled Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 asserting that Respondents violated Petitioner's procedural due process rights under the Fifth Amendment by re-detaining her without notice, a warrant, or a pre-deprivation hearing.  Dkt. No. 1, Petition at 4-7.  Petitioner also filed an application for a temporary restraining order ("TRO"), Dkt. No. 3, and a request for expedited ruling, Dkt. No. 12.

On June 26, 2026, Petitioner filed a Motion to Dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).  Dkt. No. 17.  Petitioner represents that, after filing the Petition, an Immigration

Judge granted her pre-conclusion voluntary departure pursuant to 8 U.S.C. § 1229c(a) and ordered her to voluntarily depart from the United States on or before August 7, 2026.  Dkt. No. 17 at 2.  Petitioner therefore no longer seeks the relief requested in this habeas action.  *Id.*  Respondents have not filed an opposition to the Motion to Dismiss.

Therefore, the Court grants the Motion to Dismiss, Dkt. No. 17, and orders the Petition to be DISMISSED without prejudice.  Accordingly, Plaintiff's application for TRO and request to expedite decision, Dkt. Nos. 3, 12, are denied as moot.  Judgment dismissing the habeas action without prejudice will be entered accordingly.

DATED: July 15, 2026

*Patricia Donahue*

_____

Patricia Donahue
United States Magistrate Judge

2