JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ARPINE MISAKYAN,

Petitioner,

v.

JAMES JANECKA, in his Official Capacity as Warden, Adelanto ICE Processing Center, et al.,

Respondents.

Case No. 5:26-cv-02668-PD

**JUDGMENT**

**A# 216-923-544**

Pursuant to the Order Dismissing Without Prejudice Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: July 15, 2026

Patricia Donahue

Patricia Donahue
United States Magistrate Judge